MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WSB #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Phone: 307-772-2124
christopher.martin@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 OCT 15  AM 9: 38

MARGARET BOTKINS,
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY B. GINN,**<br><br>Defendant. | Case No. 19-CV-212-F |

## COMPLAINT

The United States of America, by and through the United States Attorney for the District of Wyoming and its Assistant United States Attorney, Levi Martin, brings this civil action for the recovery of a civil damages and a monetary penalty. The United States alleges as follows:

### PARTIES

1. Plaintiff is the United States of America.

2. Defendant Anthony B. Ginn ("Ginn") is an individual with an address of 3314 Barbell Ct., Cheyenne, WY 82001.

### JURISDICTION AND VENUE

3. Jurisdiction for this action is conferred on this Court by 31 U.S.C. § 3729 and 28 U.S.C. §§ 1345 and 1355.

4. Venue is proper in the District of Wyoming under 28 U.S.C. § 1391(b), as Defendant resides in this District and a substantial part of the events giving rise to the claim occurred in this District.

### FACTS COMMON TO ALL CLAIMS

5. Ginn was a civilian employee for the United States Air Force (Air Force) at the F.E. Warren base golf course in Cheyenne, WY.

6. In March of 2016, he was promoted incorrectly into a superintendent position.

7. As a result of the incorrect promotion, Ginn was overpaid a total of $3,900.80 between May and August of 2016.

8. In September of 2016, Ginn was notified of the overpayments and the requirement that he repay the $3,900.80.

9. In February of 2018, after having received no repayment, the Air Force insisted Ginn sign an agreement to set up a repayment plan.

10. Ginn refused and resigned.

11. The Air Force attempted to offset Ginn's last paycheck for the amount owed, but instead of deducting $3,900.80, a payment to Ginn was generated in the amount of $39,000.80.

12. After taxes and other payroll deductions, $32,973.18 was deposited into Ginn's bank account.

13. The Air Force immediately attempted to reverse the payment, but Ginn had removed the funds.

14. The Air Force has had several communications with Ginn demanding he return the $32,973.18.

15. Ginn has refused to return the $32,973.18.

### COUNT I (Reverse False Claims Act—31 U.S.C. § 3729(a)(1)(G))

16. The United States incorporates Paragraphs 1 through 15 of this Complaint, as if fully set forth herein.

17. Defendant has knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States.

### COUNT II (Conversion)

18. The United States incorporates Paragraphs 1 through 17 of this Complaint, as if fully set forth herein.

19. Defendant has asserted dominion wrongfully executed over the United States' property in denial of the United States' right or inconsistent therewith.

### COUNT III (Constructive Fraud)

20. The United States incorporates Paragraphs 1 through 19 of this Complaint, as if fully set forth herein.

21. Defendant's acts, omissions, and concealments are a breach of a legal or equitable duty resulting in damage to the United States.

**WHEREFORE**, the United States of America respectfully prays that this Court:

A. Enter judgment in favor of the United States and against Defendant for $32,973.18.

B. Enter judgment in favor of the United States and against Defendant for an additional $65,946.36, as the required multiplier of damages under 31 U.S.C. § 3729.

C. Order Defendant to pay a civil penalty to the United States under 31 U.S.C. § 3729 "of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law 104–410[.]"

D. Order Defendant pay the costs of this proceeding; and

E.    Provide the United States with any further relief the Court deems just and proper.

Respectfully submitted this 15th day of October, 2019.

                                                 Mark A. Klaassen
                                                 United States Attorney

                                               */s/ C. Levi Martin*
                                               C. Levi Martin
                                               Assistant United States Attorney

JS 44 (Rev. 06/17)      CIVIL COVER SHEET      19-CV-212-F

RECEIVED

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

CLERK, U.S.D.C.
CHEYENNE, WYOMING

## I. (a) PLAINTIFFS
United States

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Levi Martin-US Attorney's Office
2120 Capitol Ave, Suite 4002
Cheyenne, WY 82001  307-772-2124

## DEFENDANTS
Anthony B. Ginn

County of Residence of First Listed Defendant  Laramie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
31 U.S.C. § 3729
Brief description of cause:
Ginn has refused the demand of the United States for him to return over $32,000 he mistakenly received.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $  108,919.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE  10/15/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Issued

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.